E. MICHAEL LINSCHEID (SBN 221010)
Law Chambers Building
345 Franklin Street
San Francisco, CA 94102
Tel: (415) 782-6002
Fax: (415) 241-7340

Attorney for Defendant
DOUGLAS QUINTANA MEEHLEIB

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 05-00283 JSW |
| Plaintiff, | STIPULATION AND ORDER TO TRAVEL OUTSIDE OF THE NORTHERN DISTRICT OF CALIFORNIA TO LOS ANGELES FROM FEBRUARY 18 THROUGH 22, 2006. |
| v. | |
| DOUGLAS QUINTANA MEEHLEIB, | |
| Defendant. | |

THE PARTIES HEREBY STIPULATE AND AGREE that Defendant DOUGLAS QUINTANA MEEHLEIB may travel outside of the Northern District of California to Los Angeles California from February 18 through February 22, 2006. Defendant shall provide Pretrial Services a copy of his itinerary and a telephone number where he may be reached. Pretrial Services Officer Michelle Nero has no objection to this request.

Dated: 2/10/06                  /S/ JEFFREY FINIGAN
                                JEFFREY FINIGAN
                                Assistant United States Attorney

Dated: 2/10/06                  /S/ E. MICHAEL LINSCHEID
                                E. MICHAEL LINSCHEID
                                Attorney for Defendant
                                DOUGLAS QUINTANA MEEHLEIB

**IT IS SO ORDERED**

Dated: February 13, 2006

JEFFREY
United

IT IS SO ORDERED
Judge James Larson