E-Filing

# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> vs. ) <br> ) <br> DOUGLAS QUINTANA ) <br> MEEHLEIB ) | Docket Number: CR 05-0283-08 JSW |

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _____ March 9, 2006, _____ be continued until _____ May 4, 2006, _____ at _____ 2:30 p.m. _____ .

Date: FEB 2 4 2006

_Jeffrey S. White_
The Honorable Jeffrey S. White
United States District Judge

NDC-PSR-009 12/06/04