1  E. MICHAEL LINSCHEID (SBN 221010)
   Law Chambers Building
2  345 Franklin Street
   San Francisco, CA 94102
3  Tel:  (415) 782-6002
   Fax: (415) 241-7340
4
   Attorney for Defendant
5  DOUGLAS QUINTANA MEEHLEIB

6              UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
7               SAN FRANCISCO DIVISION

8  UNITED STATES OF AMERICA,            CR 05-00283 JSW

9              Plaintiff,               STIPULATION AND ORDER TO TRAVEL
                                        OUTSIDE OF THE NORTHERN DISTRICT
10     v.                               OF CALIFORNIA TO LOS ANGELES
                                        FROM APRIL 15 THROUGH 17,
11 DOUGLAS QUINTANA MEEHLEIB,           2006.

12             Defendant.
   _____/
13

14
       THE PARTIES HEREBY STIPULATE AND AGREE that Defendant DOUGLAS
15
   QUINTANA MEEHLEIB may travel outside of the Northern District of California to Beverly Hills,
16
   California from April 15 through April 17, 2006 on a family vacation.  Defendant shall provide
17
   Pretrial Services a copy of his itinerary and a telephone number where he may be reached.  Pretrial
18
   Services Officer Michelle Nero has no objection to this request.
19

20     Dated: 4/5/06                       /S/ JEFFREY FINIGAN
                                         JEFFREY FINIGAN
21                                       Assistant United States Attorney

22
       Dated: 4/6/06                     /S/ E. MICHAEL LINSCHEID
23                                       E. MICHAEL LINSCHEID
                                         Attorney for Defendant
24                                       DOUGLAS QUINTANA MEEHLEIB

25     IT IS SO ORDERED

26     Dated:  4/7/06

27                                       IT IS SO ORDERED

28                                       Judge James Larson